DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:     (415) 554-3837
E-Mail:        joshua.white@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND JOSE MITRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT OTYANG,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. CV 12-00577 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Currently Scheduled Conf.:  May 17, 2012<br>Proposed Continued Conf.:  June 14, 2012 |

Plaintiff Vincent Otyang and defendants City and County of San Francisco and Jose Mitra request an order continuing the case management conference from May 17, 2012 to June 14, 2012, because of a scheduling conflict.

**RECITALS**

Deputy City Attorney Joshua S. White, who is the only deputy city attorney assigned to this case, will be out of state on a pre-paid vacation from May 16 through May 29, 2012.

### DECLARATION OF JOSHUA S. WHITE

1. I am a deputy city attorney with the San Francisco City Attorney's Office, counsel for defendants. I have personal knowledge of the facts set forth in this declaration, based on my role as attorney of record in this case.

2. Each of the facts recited above is true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on May 2, 2012, at San Francisco, California.

_____*/s/ Joshua S. White*_____
JOSHUA S. WHITE

**STIPULATION**

Based upon the facts recited above, the parties stipulate to entry of an order continuing the case management conference from May 17, 2012 to **June 14, 2012, at 10:00 a.m.**  The parties further stipulate to entry of an order extending the deadline for submittal of a joint case management statement to one week before the newly scheduled case management conference.

SO STIPULATED.

Dated: May 2, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

BY:  _/s/ Joshua S. White_____
JOSHUA S. WHITE
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, JOSE MITRA

Dated: May 2, 2012

By: _/s/ Vincent Otyang_____
VINCENT OTYANG
Plaintiff in pro per

**ORDER**

Pursuant to the parties' stipulation, the further case management conference currently scheduled for May 17, 2012, at 10:00 a.m. is continued to June 14, 2012, at 10:00 a.m.  The parties shall file a joint case management statement by May 11, 2012.

Dated:   May 3, 2012

———————————————————
The Honorable Maria Elena James
United States Magistrate Judge