# UNITED STATES DISTRICT COURT
# Northern District of California

| | |
|---|---|
| VINCENT OTYANG,<br><br>        Plaintiff,<br>  v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No.  CV12-577 MEJ<br><br>**ORDER REQUIRING PLAINTIFF TO APPEAR FOR DEPOSITION** |

The Court is in receipt of Defendants' request for a telephonic conference regarding Plaintiff Vincent Otyang's failure to appear for his noticed deposition on October 1, 2012.  Dkt. No. 18. Plaintiff is hereby ORDERED to appear for his deposition, which shall take place no later than October 30, 2012.  Plaintiff is further ORDERED to provide Defendants' counsel with his availability for the deposition by October 10, 2012.  Plaintiff shall provide at least three (3) dates on which he is available for the deposition.  <u>Failure to comply with this Order may result in sanctions, including dismissal of this case.</u>

    **IT IS SO ORDERED.**

Dated: October 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VINCENT OTYANG,

          Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

Case Number: CV12-00577 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Otyang
260 McAllister Street, #305
San Francisco, CA 94102

Dated: October 2, 2012

          Richard W. Wieking, Clerk
          By: Rose Maher, Deputy Clerk

2